JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BURTON WAY INVESTMENTS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BENTLEY MOTORS, INC., a Delaware corporation; O'GARA COACH COMPANY, LLC, a California limited liability company; DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:22-cv-06299-JLS(MARx)<br><br>**JUDGMENT**<br><br>Judge: Hon. Josephine L. Staton |

On January 18, 2024, the Court entered an Order granting Defendant Bentley Motors, Inc.'s motion for summary judgment. (Doc. 34). Accordingly,

IT IS ORDERED AND ADJUDGED that judgment is hereby entered in favor of Defendant Bentley Motors, Inc. and against Plaintiff Burton Way Investments, LLC; that Plaintiff Burton Way Investments, LLC shall take nothing on its complaint; that all claims and causes of action asserted in this action be dismissed on the merits; and that Defendant Bentley Motors, Inc. may file an Application to the Clerk to Tax Costs under Local Rule 54-2.

DATED: January 24, 2024

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE